UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Team Wendy LLC, | CASE NO. 1:13-CV-02006-CAB |
| Plaintiff, | |
| | JUDGE CHRISTOPHER BOYKO |
| vs. | |
| Zhongshan Mai Bu Mould Co., Ltd. and DOES 1-5 | **NOTICE OF SERVICE** |
| Defendants. | |

On July 22, 2014, Plaintiff Team Wendy LLC filed a Motion for Default Judgment against defendant Zhongshan Mai Bu Mould Co., Ltd. *See* DE 9. The Motion included a proof of service noting service by mail upon the Defendant on July 22, 2014, although under Fed. R. Civ. P. 5(a)(2) no service is required on a party who is in default for failing to appear. Due to an inadvertent error by the undersigned, the Motion and related documents were not mailed on July 22, 2014 as indicated in the Certificate of Service. Immediately upon discovering the error, the Motion and related documents were served by UPS on August 1, 2014 and delivery upon the Defendant confirmed on August 4, 2014. Copies of the relevant receipts are attached hereto as Exhibit A. Even though service of the Motion was not required under Fed. R. Civ. P. 5(a)(2)

because the Defendant has failed to appear, Plaintiff files this Notice of Service out of an abundance of caution to correct the record.

Dated:  August 8, 2014

                        BAKER & HOSTETLER LLP

                         /s/ Christina J. Moser
                        Edmund W. Searby (0067455)
                        Christina J. Moser (0074817)
                        3200 PNC Center
                        1900 East Ninth Street
                        Cleveland, Ohio  44114-3485
                        Telephone:  (216) 621-0200
                        Fax:  (216) 696-0740
                        Email: esearby@bakerlaw.com
                                  cmoser@bakerlaw.com

                        Attorneys for Plaintiff
                        Team Wendy, LLC