


**package id**
0178952

**ship date**
Fri, Aug 01 2014

**to**
Zhongshan Mai Bu Mould Co., Ltd.
Zhongshan Mai Bu Mould Co., Ltd.
First Floor, 16 Shuguang Road
Guangdong, People's Republic/China
Tanzhou Town Zhongshan City, 528467
China
216.621.0200

**residential address**
No

**return label**
No

**from**
Christina Moser (05870)
Baker Hostetler LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114
United States
8107818

**billing**
Team Wendy, LLC.Enforcement of Trade...ights
(048594.048594.000001)

**operator**
Lori Prost
216-861-6262
lprost@bakerlaw.com

**create time**
08/01/14, 6:59PM

**vendor**
UPS

**tracking number**
1Z48665566920943T1

**service**
UPS Worldwide Express

**packaging**
UPS Letter

**contents**
Documents
Documents

**courtesy quote**
29.86
Quote may not reflect all accessorial charges, and may not reflect your account based discounts

**notification type**
Exception
Delivery

**notification recipients**
cmoser@bakerlaw.com
lprost@bakerlaw.com

©2003-2014 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
UPS, the UPS shield trademark and the Color Brown are trademarks of United Parcel Service of America, Inc. All rights reserved
Other product and company names listed are trademarks or trade names of their respective companies.

**Exhibit A**

**Moser, Christina J.**

**From:** UPS Quantum View <auto-notify@ups.com>
**Sent:** Monday, August 04, 2014 11:53 PM
**To:** Moser, Christina J.
**Subject:** UPS 递送通知，包裹追踪编码 1Z4866556692094371



To read this message in English, click here.

\*\*\*请勿回复此信。UPS 和 PSShip 不会收到您的回复。

出于 PSShip 的请求，本通知用于确认以下货件已交付。

**重要交付信息**

包裹追踪编号： 1Z4866556692094371

交付日期／时间： 05-八月-2014 / 11:38 上午

**交付地点**： OFFICE
签收人： M LI

货件详细信息

运输至：
Zhongshan Mai Bu Mould Co., Ltd.
Zhongshan Mai Bu Mould Co., Ltd.
AI GUO IND AR
ZHONGSHAN
NONE
528441
CN

**包裹数量:** 1

**UPS 服务：** EXPRESS

货件类型： 信件

参考编号 **1**： 048594.000001-05870

**Exhibit A**

***Do not reply to this e-mail. UPS and PSShip will not receive your reply.

**At the request of PSShip, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Tracking Number:** 1Z4866556692094371
Delivery Date / Time: 05-August-2014 / 11:38 AM

**Delivery Location:** OFFICE
**Signed by:** M LI

**Shipment Detail**

**Ship To:**
Zhongshan Mai Bu Mould Co., Ltd.
Zhongshan Mai Bu Mould Co., Ltd.
AI GUO IND AR
ZHONGSHAN
NONE
528441
CN

**Number of Packages:** 1
**UPS Service:** EXPRESS
**Shipment Type:** Letter
**Reference Number 1:** 048594.000001-05870

© 2014 United Parcel Service of America, Inc. UPS字样、
UPS商标及其标志性棕色均为United Parcel Service of America, Inc.的注册商标。版权所有。
为了信息在UPS的隐私性，请参照UPS的隐私政策。
请勿直接回复此邮件。UPS 将不会收到任何回复消息。
若有疑问或意见，请访问"联系UPS"。

本次交流包含私人信息且可能很机密。如果您不是我们预期的接收者，严禁阅读、复制、披露或将此电子邮件内容用于他图，请您立即删除此封电子邮件。